UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISCOUNT TOBACCO & MART, LLC, et al. )<br>)<br>)<br>Defendants. ) | No. 4:18-cv-00242-SEB-DML |

### Report and Recommendation to Dismiss Complaint without Prejudice

On August 28, 2019, the court issued an order to show cause to the plaintiffs (Dkt. 17). The plaintiffs were ordered to show cause by September 10, 2019, why the complaint should not be dismissed for failure to serve defendants within 90 days of its filing. To date, the plaintiffs have not responded to the order to show cause.

Because of plaintiffs' failure to comply with the court's order and the Federal Rules of Civil Procedure, the Magistrate Judge recommends to the District Judge that the complaint be DISMISSED WITHOUT PREJUDICE. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 9/16/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system